ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
SCOTT A. TURK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: scott.turk@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

FEB - 7 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

19-342-RM(DTF)

United States of America,

Plaintiff,

vs.

Tynan D. Campbell, ~~Douglas~~

Defendant.

No. 19-05651M(DTF)

I N F O R M A T I O N

Violation:   8 U.S.C. § 1324(a)(1)(A)(v)(I)
             8 U.S.C. § 1324(a)(1)(A)(ii)
             8 U.S.C. § 1324(a)(1)(B)(i)

(Conspiracy to Transport Illegal Aliens for Profit)

**Felony**

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about January 19, 2019, at or near Willcox, in the District of Arizona, Tynan D. Campbell, did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown, to transport and move Montserrat Gil-Salazar and Edwin Rodriguez-Chavez, illegal aliens, within the United States by means of transportation or otherwise, in furtherance of such violation of law for the purpose of commercial advantage or private financial gain all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

_2/6/19_
Date

SCOTT A. TURK
Assistant U.S. Attorney